No. 201.  SLENKER ET AL. *v.* GRAND LODGE OF THE STATE OF ILLINOIS OF THE INDEPENDENT ORDER OF ODD FELLOWS.

Supreme Court of Illinois. Certiorari denied. *Walter F. Dodd* and *Hubert L. Will* for petitioners. *William O. Morris* for respondent.